■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE WILLIAMS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—attempted burglary, 2nd Degree.) Present—Dillon, P. J., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. JACKSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Felony Driving While Intoxicated.) Present—Callahan, J. P., Denman, Balio, Lawton and Lowery, JJ.

■ FRANK T. STASIO, Appellant, v O & L EQUIPMENT, INC., Respondent.—Order unanimously affirmed without costs *(see, Sullivan v Joy Mfg. Co.,* 70 NY2d 806; *Vermette v Kenworth Truck Co.,* 68 NY2d 714). (Appeal from Order of Supreme Court, Erie County, McGowan, J.—Summary Judgment.) Present—Callahan, J. P., Denman, Balio, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH H. MARKS, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: Defendant did not preserve for review his contention that his convictions under indictment No. 89-1415 must be reversed *(see,* CPL 470.05 [2]; *People v Lopez,* 71 NY2d 662, 665-666; *People v Bouges,* 129 AD2d 967). Moreover, defendant waived his right to appeal this issue as part of his plea bargain *(see, People v Seaberg,* 74 NY2d 1, 7, 10). In any event, the record establishes that defendant did in fact knowingly and voluntarily plead guilty to each count of the indictment. (Appeal from Judgment of Erie County Court, D'Amico, J.—Grand Larceny, 4th Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH H. MARKS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in *People v Marks* ([appeal No. 1] 172 AD2d 1069 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Criminal Possession Stolen Property, 3rd Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.